## 598

Embert Erickson, administrator of the estate of Earl J. Erickson, deceased, appellee, v. Fred Ball, appellant. Gen. No. 9,012.

Opinion filed April 13, 1936.

Wm. Biester, for appellant. Alexander J. Strom, Harold C. Sewell and Owen M. Johnson, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Annie Dennehy, appellee, v. W. A. Wood Company, appellant. Gen. No. 9,028.

Opinion filed April 13, 1936.

Bartley & Younge, for appellant. Cassidy & Knoblock, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Stanley Boski, appellee, v. Anthony Durka, appellant. Gen. No. 9,031.

Opinion filed April 13, 1936.

J. A. Miller, for appellant. Gerald C. Snyder, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

J. Edward Radley, appellant, v. Phalen and Company, Inc., et al., appellees. Gen. No. 9,040.

Opinion filed April 13, 1936.

Leo Cavanaugh, for appellant; George W. Hunt, of counsel. Bartley & Younge, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.